**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1345

EMILY BALDWIN,

                    Plaintiff - Appellant,

          v.

THE BRETHREN MUTUAL INSURANCE COMPANY,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-03227-RDB)

Submitted:  July 23, 2012          Decided:  August 14, 2012

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emily Baldwin, Appellant Pro Se.   George Edwin Reede, Jr.,
NILES, BARTON & WILMER, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emily Baldwin appeals the district court's order granting summary judgment to Defendant in this action alleging bad faith in connection with refusal to pay an insurance claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Baldwin v. Brethren Mut. Ins. Co., No. 1:10-cv-03227-RDB (D. Md. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED